FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2025

SEAN F. McAVOY, CLERK

S. Peter Serrano
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

ECF No. 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DAVID CONGER and<br>JOSEPH VERNON ARMSTRONG,<br><br>Defendants. | 4:25-CR-6031-MKD<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846<br>Conspiracy to Distribute 500 Grams or More of Methamphetamine<br>(Count 1)<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) 846<br>Attempt to Distribute 50 Grams or More of Methamphetamine<br>(Count 2)<br><br>21 U.S.C. § 843(b)<br>Unlawful Use of the Mails<br>(Count 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2<br>Possession with Intent to Distribute 500 Grams or More of Methamphetamine<br>(Count 4) |

INDICTMENT – 1

|  |  |
|---|---|
|  | 18 U.S.C. §§ 922(g)(1), 924(a)(8) <br> Felon in Possession of a Firearm <br> (Count 5) <br><br> 21 U.S.C. § 853 <br> Forfeiture Allegation |

The Grand Jury charges:

### COUNT 1

Beginning on a date unknown, but by on or about January 1, 2025, and continuing to January 27, 2025, in the Eastern District of Washington and elsewhere, the Defendants, MICHAEL DAVID CONGER and JOSEPH VERNON ARMSTRONG, and other individuals both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: Distribution of 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), all in violation of 21 U.S.C. § 846.

### COUNT 2

On or about January 21, 2025, in the Eastern District of Washington, the Defendant, MICHAEL DAVID CONGER, did knowingly attempt to distribute 50 grams or more of a mixture or substance containing a detectable amount of

INDICTMENT – 2

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), 846.

COUNT 3

On or about January 21, 2025, in the Eastern District of Washington, the Defendant, MICHAEL DAVID CONGER, did knowingly and intentionally use a communication facility, to wit: the interstate mail system, in facilitating the commission of any act or acts constituting a felony under Title 21, that is, Attempt to Distribute 50 Grams or more of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), as charged in Count 2, in violation of 21 U.S.C. § 843(b).

COUNT 4

On or about January 27, 2025, in the Eastern District of Washington, the Defendants, MICHAEL DAVID CONGER and JOSEPH VERNON ARMSTRONG, knowingly possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

//

//

INDICTMENT – 3

## COUNT 5

On or about January 27, 2025, in the Eastern District of Washington, the Defendant, JOSEPH VERNON ARMSTRONG, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: a Walther Creed 9mm pistol bearing serial number FCK6865, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in Counts 1, 2, and 4; and/or in violation of 21 U.S.C. § 843, as set forth in Count 3 of this Indictment, the Defendants, MICHAEL DAVID CONGER and JOSEPH VERNON ARMSTRONG, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

INDICTMENT – 4

<u>Defendant Joseph Vernon Armstrong (Count 4)</u>

- a Walther Creed 9mm pistol bearing serial number FCK6856, in gun case, with fully loaded magazine containing 16 live 9mm rounds; and,

- (30) 9mm live rounds in plastic container

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 5 of this Indictment, Defendant, JOSEPH VERNON ARMSTRONG, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

//

//

//

//

INDICTMENT – 5

- a Walther Creed 9mm pistol bearing serial number FCK6856, in gun case, with fully loaded magazine containing 16 live 9mm rounds; and,

- (30) 9mm live rounds in plastic container

DATED this 3 day of September 2025.

A TRUE BILL

_____
S. Peter Serrano
United States Attorney

_____
Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 6