FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL DAVID CONGER,

Defendant.

No. 4:25-CR-06031-MKD-1

ORDER GRANTING DEFENDANT'S EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

**ECF No. 83**

Before the Court is Defendant's Emergency Motion to Modify Conditions of Release (ECF No. 83). Defendant was represented by Assistant Federal Defender Nick Mirr on the motion.

Defendant requests the Court strike Special Condition Nos. 8 and 9 which impose GPS location monitoring because Defendant is currently hospitalized after suffering a heart attack. ECF No. 83. Defendant asserts that his physical condition prevents him from responding to and charging his location monitor. *Id.*

United States Probation/Pretrial Services supports the modification. *Id.* The United States advised the Court that they have no objection to the modification under these circumstances.

Pretrial release conditions are governed by 18 U.S.C. § 3142(c). A defendant released on conditions shall be subject to the least restrictive condition

or combination of conditions to "reasonably assure the appearance of the person as required and the safety of any other person and the community." § 3142(c)(1)(B). To determine whether there are conditions that will reasonably assure the defendant's appearance and the safety of the community, courts consider four factors under § 3142(g): (1) "the nature and circumstances of the offense charged"; (2) "the weight of the evidence against the person"; (3) "the history and characteristics of the person"; and (4) "the nature and seriousness of the danger to any person or the community that would be posed by the person's release." § 3142(g)(1)–(4). Important here, courts "may at any time amend the order to impose additional or different conditions of release."

Having considered the motion and finding good cause therefor, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 83**) is **GRANTED**.

2. **Special Condition Nos. 8 and 9 (ECF Nos. 50, 82) are STRICKEN. A United States Probation/Pretrial Services officer shall respond to the hospital and remove the GPS monitor from Defendant.**

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

\\

**IT IS SO ORDERED.**

DATED August 25, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE